Argued and submitted October 9, vacated and remanded in part; otherwise affirmed November 15, 2000, both petitions for review denied April 17, 2001 (332 Or 56)

In the Matter of the Marriage of

Sevellia A. SALAZAR,
*Respondent,*
*and*

Opal M. SALAZAR,
*Appellant.*

(9805-65223; CA A108046)

14 P3d 648

Philip F. Schuster argued the cause for appellant. With him on the brief was Dierking & Schuster.

Phil G. Cobb argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Award of attorney fees vacated and remanded for entry of findings of fact, *McCarthy v. Oregon Freeze Dry, Inc.*, 327 Or 84, 957 P2d 1200, *on recons* 327 Or 185, 957 P2d 1200 (1998); otherwise affirmed.